In the Matter of Louis PARISI for a Writ of Habeas Corpus. Louis Parisi, Petitioner-Appellant; The People of the State of New York and The Warden of Sing Sing Prison, Respondents-Appellees.
No. 419.

Circuit Court of Appeals, Second Circuit.
June 2, 1944.

Sabbatino & Todarelli, of New York City, (Peter L. F. Sabbatino, of New York City, of counsel), for petitioner.

Frank S. Hogan, Dist. Atty., of New York City (Whitman Knapp and Richard Denzer, Asst. Dist. Attys., both of New York City, of counsel), for respondent People of the State of New York.

Nathaniel L. Goldstein, Atty. Gen., of State of New York (Howard F. Danihy, Asst. Atty. Gen., of counsel), for respondent Warden of Sing Sing Prison.

Before L. HAND, SWAN, and FRANK, Circuit Judges.

PER CURIAM.

The point raised is without merit and of the utmost technicality. The order is affirmed. No stay will be granted.